**SECOND DIVISION**
**DOYLE, P. J., and REESE, J.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**August 16, 2019**

# In the Court of Appeals of Georgia

A17A0929. PLUMMER v. PLUMMER.                    DO-037

DOYLE, Presiding Judge.

In *Plummer v. Plummer*,[1] the Supreme Court of Georgia reversed this Court's opinion in *Plummer v. Plummer*.[2] Accordingly, we vacate our prior opinion, and we adopt the opinion of the Supreme Court. The judgment of the trial court is reversed.

*Judgment reversed. Miller, P. J., and Reese, J., concur*.

---

[1] 305 Ga. 23 (823 SE2d 258) (2019).

[2] 342 Ga. App. 605 (804 SE2d 179) (2017).